UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-7089-GW-SKx | Date | February 13, 2026 |
|---|---|---|---|
| Title | *Robert Noriega v. Element Materials Technology Aerospace US LLC, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - COURT ORDER**


On September 15, 2025, this Court set a hearing for Plaintiff's motion for class certification for February 19, 2026, with all briefing to be filed by February 5, 2026. As of this date, no briefing (or any other item) has been filed since September 9, 2025. Consequently, the Court sets an Order to Show Cause as to why this action should not be dismissed for failure to prosecute for February 19, 2026 at 8:30.

                                                                                          :

                                            Initials of Preparer    JG